No. 47790.—Protest 84628–K/90971 of Julius Wile Sons & Co., Inc. (Chicago).

Opinion by KEEFE, J. From an examination of the official papers the court was unable to find anything sufficient to overcome the presumption of correctness attaching to the action of the collector. The protest was therefore overruled.

No. 47791.—Protests 88269–K, etc., of Wm. A. Higgins & Co., Inc., et al. (New York).

Opinion by KEEFE, J. From an examination of the official papers the court was unable to find anything sufficient to overcome the presumption of correctness attaching to the action of the collector. The protests were therefore overruled.